[No. 72399-5-I. Division One. September 28, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. HAROLD HOLLAND BAIN, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 14-1-00919-9, Anita L. Farris, J., entered August 14, 2014. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Spearman, C.J., and Leach, J.

[No. 72412-6-I. Division One. September 28, 2015.]

*In the Matter of the Detention of* S.B.

THE STATE OF WASHINGTON, *Respondent*, v. S.B., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-6-02348-5, Beth M. Andrus, J., entered August 13, 2014. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Dwyer and Lau, JJ.

[No. 72459-2-I. Division One. September 28, 2015.]

*In the Matter of the Marriage of* JOHN PHILLIP HALL, *Appellant*, and DIANE ELIZABETH HALL, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 13-3-00822-1, Eric Z. Lucas, J., entered August 15, 2014. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Verellen, A.C.J., and Schindler, J.

[No. 72508-4-I. Division One. September 28, 2015.]

*In the Matter of the Detention of* A.H.

THE STATE OF WASHINGTON, *Respondent*, v. A.H., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-6-02559-3, Ken Schubert, J., entered September 4, 2014. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Leach and Tricky, JJ.